1  PAUL L. REIN, State Bar No. 43053
2  CELIA MCGUINNESS, State Bar No. 159420
   CATHERINE M. CABALO, State Bar No. 248198
3  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
4  Oakland, CA  94612
   Telephone:  (510) 832-5001
5  Facsimile:  (510) 832-4787
   reinlawoffice@aol.com

6  Attorneys for Plaintiff
   GERARDO HERNANDEZ
7
   *Defendants' counsel listed after the caption
8
                UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | GERARDO HERNANDEZ,                    |
12 |                Plaintiff,              | Case No. C12-2080 JSW
13 |        v.                              | Civil Rights
14 | FINAL SCORE SPORTS BAR, INC.;          | **STIPULATION FOR <u>LIMITED</u> RELIEF FROM GENERAL ORDER 56**
   | MAPLE LEAF INVESTMENTS, LLC;           |
15 | and DOES 1-10, Inclusive,              |
   |                Defendants.             |
16

17 GAZZERA, O'GRADY & STEVENS
   MICHAEL K. STEVENS, ESQ. (State Bar No. 96112)
18 1134 W. El Camino Real
   Mountain View, CA 94040
19 Telephone: 650/968-9612
   Facsimile: 650/968-1627
20 mkstevenslaw1@aol.com

21 Attorneys for Defendant
   FINAL SCORE SPORTS BAR, INC.
22
   ERICKSEN ARBUTHNOT
23 SHARON HIGHTOWER, ESQ. (State Bar No. 129874)
   152 North Third Street, Suite 700
24 San Jose, CA 95112
   Telephone: 408/286-0880
25 Facsimile: 408/286-0337

26 Attorneys for Defendant
   MAPLE LEAF INVESTMENTS, LLC
27

28 STIPULATION FOR <u>LIMITED</u> RELIEF FROM
   GENERAL ORDER 56
   Case No. C12-2080 JSW
   S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\Stip for Subpoena Records.doc

1  Plaintiff GERARDO HERNANDEZ and defendants FINAL SCORE
2  SPORTS BAR, INC. and MAPLE LEAF INVESTMENTS, LLC by and through
3  their counsel of record, stipulate and jointly request that the Court grant <u>limited</u>
4  relief from General Order 56 for the sole purpose of allowing the parties to
5  subpoena the complete building records for the subject property at issue in this
6  disabled access case.  The parties do so based on the following Good Cause:

7  1.  Whereas plaintiff filed his action on April 25, 2012, and both
8  defendants have been served and answered;

9  2.  Whereas all of the parties have been working cooperatively within the
10 parameters of General Order 56 to resolve plaintiff's claims, including conducting a
11 joint site inspection on June 25, 2012;

12 3.  Whereas the parties agree that allowing discovery for the limited
13 purpose of subpoenaing the subject building's complete construction, alteration, and
14 permit history would help facilitate the mediation process, and possible cooperative
15 settlement, under General Order 56;

16 4.  Whereas the parties have attempted to informally and cooperatively
17 obtain such records, but the San Jose Building Department has stated it requires a
18 subpoena before releasing copies of a complete set of its records;

19 5.  Whereas this is the first request by the parties to the Court for relief
20 from any of the requirements of General Order 56;

21 6.  Now, therefore, IT IS HEREBY STIPULATED by and between the
22 parties, through their counsel, that this Court should grant <u>limited</u> relief from the
23 General Order 56 stay on discovery so that the parties may subpoena the complete
24 construction, alteration, and permit history of the subject premises.

25
26 IT IS SO STUIPULATED.

- 2 -

STIPULATION FOR LIMITED RELIEF FROM
GENERAL ORDER 56
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\Stip for Subpoena Records.doc

DATED:  August 30, 2012         **LAW OFFICES OF PAUL L. REIN**

By: _____/s/ Paul L. Rein_____
　　　　Paul L. Rein, Esq.
Attorneys for Plaintiff
GERARDO HERNANDEZ


DATED:  August 29, 2012         **GAZZERA, O'GRADY & STEVENS**

By: _____/s/ Michael Stevens_____
　　　　Michael K. Stevens, Esq.
Attorneys for Defendant
FINAL SCORE SPORTS BAR, INC.


DATED: August 29, 2012          **ERICKSEN ARBUTHNOT**

By: _____/s/ Sharon Hightower_____
　　　　Sharon L. Hightower, Esq.
Attorneys for Defendant
MAPLE LEAF INVESTMENTS, LLC

- 3 -

STIPULATION FOR LIMITED RELIEF FROM
GENERAL ORDER 56
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\Stip for Subpoena Records.doc

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: September 6, 2012

_____
Honorable Jeffrey S. White
United States District Court Judge

- 4 -

STIPULATION FOR LIMITED RELIEF FROM
GENERAL ORDER 56
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\Stip for Subpoena Records.doc