PAUL L. REIN, State Bar No. 43053
CELIA MCGUINNESS, State Bar No. 159420
CATHERINE M. CABALO, State Bar No. 248198
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
GERARDO HERNANDEZ

*Defendants' counsel listed after the caption*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>  Plaintiff,<br><br> v.<br><br>FINAL SCORE SPORTS BAR, INC.;<br>MAPLE LEAF INVESTMENTS, LLC;<br>and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No. C12-2080 JSW<br><br>Civil Rights<br><br>**STIPULATION FOR <u>LIMITED</u> RELIEF FROM GENERAL ORDER 56** |

GAZZERA, O'GRADY & STEVENS
MICHAEL K. STEVENS, ESQ. (State Bar No. 96112)
1134 W. El Camino Real
Mountain View, CA 94040
Telephone: 650/968-9612
Facsimile: 650/968-1627
mkstevenslaw1@aol.com

Attorneys for Defendant
FINAL SCORE SPORTS BAR, INC.

ERICKSEN ARBUTHNOT
SHARON HIGHTOWER, ESQ. (State Bar No. 129874)
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: 408/286-0880
Facsimile: 408/286-0337

Attorneys for Defendant
MAPLE LEAF INVESTMENTS, LLC

---

STIPULATION FOR <u>LIMITED</u> RELIEF FROM
GENERAL ORDER 56
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\Stip for Subpoena Records.doc

1  Plaintiff GERARDO HERNANDEZ and defendants FINAL SCORE SPORTS BAR, INC. and MAPLE LEAF INVESTMENTS, LLC by and through their counsel of record, stipulate and jointly request that the Court grant <u>limited</u> relief from General Order 56 for the sole purpose of allowing the parties to subpoena the complete building records for the subject property at issue in this disabled access case.  The parties do so based on the following Good Cause:

1.  Whereas plaintiff filed his action on April 25, 2012, and both defendants have been served and answered;

2.  Whereas all of the parties have been working cooperatively within the parameters of General Order 56 to resolve plaintiff's claims, including conducting a joint site inspection on June 25, 2012;

3.  Whereas the parties agree that allowing discovery for the limited purpose of subpoenaing the subject building's complete construction, alteration, and permit history would help facilitate the mediation process, and possible cooperative settlement, under General Order 56;

4.  Whereas the parties have attempted to informally and cooperatively obtain such records, but the San Jose Building Department has stated it requires a subpoena before releasing copies of a complete set of its records;

5.  Whereas this is the first request by the parties to the Court for relief from any of the requirements of General Order 56;

6.  Now, therefore, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that this Court should grant <u>limited</u> relief from the General Order 56 stay on discovery so that the parties may subpoena the complete construction, alteration, and permit history of the subject premises.

IT IS SO STUIPULATED.

- 2 -

STIPULATION FOR LIMITED RELIEF FROM
GENERAL ORDER 56
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\Stip for Subpoena Records.doc

| | |
|---|---|
| DATED: August 30, 2012 | **LAW OFFICES OF PAUL L. REIN** |
| | By: _/s/ Paul L. Rein_<br>Paul L. Rein, Esq.<br>Attorneys for Plaintiff<br>GERARDO HERNANDEZ |
| DATED: August 29, 2012 | **GAZZERA, O'GRADY & STEVENS** |
| | By: _/s/ Michael Stevens_<br>Michael K. Stevens, Esq.<br>Attorneys for Defendant<br>FINAL SCORE SPORTS BAR, INC. |
| DATED: August 29, 2012 | **ERICKSEN ARBUTHNOT** |
| | By: _/s/ Sharon Hightower_<br>Sharon L. Hightower, Esq.<br>Attorneys for Defendant<br>MAPLE LEAF INVESTMENTS, LLC |

- 3 -

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: September 6, 2012

_____
Honorable Jeffrey S. White
United States District Court Judge