UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

GERARDO HERNANDEZ,
          Plaintiffs,

v.

FINAL SCORE SPORTS BAR, INC., et al.,
          Defendants.

No. C 12-2080 JSW

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      November 2, 2012
Mediator:  Gilda Turitz

    IT IS HEREBY ORDERED that defendant Mapleleaf Investments LLC's insurer representative is required under ADR L.R. 6-10(d) to appear in person at the November 2, 2012, mediation before Gilda Turitz, and that the request to be excused from personal attendance is DENIED. The insurer shall send a representative with actual authority to settle the case as required by ADR L.R. 6-10(a)(1). If weather conditions do not permit travel, Defendant may request rescheduling of the mediation.

    IT IS SO ORDERED.

October 29, 2012        By: *Elizabeth D. Laporte*
Dated                                Elizabeth D. Laporte
                                       United States Magistrate Judge