1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE M. CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   GERARDO HERNANDEZ
7
   *Defendants' counsel listed after the caption*
8
                    UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  GERARDO HERNANDEZ,

12                      Plaintiff,                    Case No. C12-2080 JSW

13              v.                                    Civil Rights

14  FINAL SCORE SPORTS BAR, INC.;                     **STIPULATION FOR <u>LIMITED</u>**
    MAPLE LEAF INVESTMENTS, LLC;                      **RELIEF FROM**
    and DOES 1-10, Inclusive,                         **GENERAL ORDER 56**
15
                        Defendants.
16

17  GAZZERA, O'GRADY & STEVENS
    MICHAEL K. STEVENS, ESQ. (State Bar No. 96112)
18  1134 W. El Camino Real
    Mountain View, CA 94040
19  Telephone: 650/968-9612
    Facsimile: 650/968-1627
20  mkstevenslaw1@aol.com

21  Attorneys for Defendant
    FINAL SCORE SPORTS BAR, INC.
22
    ERICKSEN ARBUTHNOT
23  SHARON HIGHTOWER, ESQ. (State Bar No. 129874)
    152 North Third Street, Suite 700
24  San Jose, CA 95112
    Telephone: 408/286-0880
25  Facsimile: 408/286-0337

26  Attorneys for Defendant
    MAPLE LEAF INVESTMENTS, LLC
27

28  STIPULATION FOR <u>LIMITED</u> RELIEF FROM
    GENERAL ORDER 56
    Case No. C12-2080 JSW
    S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\Stip for Subpoena Records.doc

1    Plaintiff GERARDO HERNANDEZ and defendants FINAL SCORE

2  SPORTS BAR, INC. and MAPLE LEAF INVESTMENTS, LLC by and through

3  their counsel of record, stipulate and jointly request that the Court grant limited

4  relief from General Order 56 for the sole purpose of allowing the parties to

5  subpoena the complete building records for the subject property at issue in this

6  disabled access case.  The parties do so based on the following Good Cause:

7        1.    Whereas plaintiff filed his action on April 25, 2012, and both

8  defendants have been served and answered;

9        2.    Whereas all of the parties have been working cooperatively within the

10  parameters of General Order 56 to resolve plaintiff's claims, including conducting a

11  joint site inspection on June 25, 2012;

12        3.    Whereas the parties agree that allowing discovery for the limited

13  purpose of subpoenaing the subject building's complete construction, alteration, and

14  permit history would help facilitate the mediation process, and possible cooperative

15  settlement, under General Order 56;

16        4.    Whereas the parties have attempted to informally and cooperatively

17  obtain such records, but the San Jose Building Department has stated it requires a

18  subpoena before releasing copies of a complete set of its records;

19        5.    Whereas this is the first request by the parties to the Court for relief

20  from any of the requirements of General Order 56;

21        6.    Now, therefore, IT IS HEREBY STIPULATED by and between the

22  parties, through their counsel, that this Court should grant limited relief from the

23  General Order 56 stay on discovery so that the parties may subpoena the complete

24  construction, alteration, and permit history of the subject premises.

25

26  IT IS SO STUIPULATED.

27                                                              - 2 -

28  STIPULATION FOR LIMITED RELIEF FROM
GENERAL ORDER 56
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\Stip for Subpoena Records.doc

1  DATED:  August 30, 2012          **LAW OFFICES OF PAUL L. REIN**

2

3                                   By:  _____*/s/ Paul L. Rein*_____
                                         Paul L. Rein, Esq.
                                         Attorneys for Plaintiff
4                                        GERARDO HERNANDEZ

5

6

7  DATED:  August 29, 2012          **GAZZERA, O'GRADY & STEVENS**

8                                   By:  _____*/s/ Michael Stevens*_____
                                         Michael K. Stevens, Esq.
9                                        Attorneys for Defendant
                                         FINAL SCORE SPORTS BAR, INC.
10

11

12  DATED: August 29, 2012          **ERICKSEN ARBUTHNOT**

13

14                                  By:  _____*/s/ Sharon Hightower*_____
                                         Sharon L. Hightower, Esq.
                                         Attorneys for Defendant
15                                       MAPLE LEAF INVESTMENTS, LLC

16

17

18

19

20

21

22

23

24

25

26

27                                       - 3 -

28  STIPULATION FOR LIMITED RELIEF FROM
    GENERAL ORDER 56
    Case No. C12-2080 JSW
    S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\Stip for Subpoena Records.doc

1

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

2

3

4

Dated: _September 6_ , 2012

5
_____

Honorable Jeffrey S. White

United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 4 -

28

STIPULATION FOR LIMITED RELIEF FROM
GENERAL ORDER 56
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\Stip for Subpoena Records.doc