PAUL L. REIN, State Bar No. 43053
CELIA MCGUINNESS, State Bar No. 159420
CATHERINE M. CABALO, State Bar No. 248198
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
GERARDO HERNANDEZ

*Defendants' counsel listed after the caption*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>FINAL SCORE SPORTS BAR, INC.;<br>MAPLE LEAF INVESTMENTS, LLC;<br>and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | Case No. C12-2080 JSW<br><br>Civil Rights<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING GENERAL ORDER 56 DEADLINE** |

GAZZERA, O'GRADY & STEVENS
MICHAEL K. STEVENS, ESQ. (State Bar No. 96112)
1134 W. El Camino Real
Mountain View, CA 94040
Telephone: 650/968-9612
Facsimile: 650/968-1627
mkstevenslaw1@aol.com

Attorneys for Defendant
FINAL SCORE SPORTS BAR, INC.

ERICKSEN ARBUTHNOT
SHARON HIGHTOWER, ESQ. (State Bar No. 129874)
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: 408/286-0880
Facsimile: 408/286-0337

Attorneys for Defendant
MAPLE LEAF INVESTMENTS, LLC

1  **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL**

2  **PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

3

4          Plaintiff GERARDO HERNANDEZ and defendants FINAL SCORE

5  SPORTS BAR, INC. and MAPLE LEAF INVESTMENTS, LLC by and through

6  their counsel of record, stipulate and jointly request that the Court continue the

7  deadline for mediation described in paragraph 7 of General Order 56 to January 11,

8  2013.  Defendant Maple Leaf Investments, LLC represents that its insurance

9  representative is based in New York, New York and is unable to personally attend

10  the mediation in this case originally scheduled for November 2, 2012 (as Ordered

11  by Docket No. 19) because she is unable to travel out of New York because of

12  Hurricane Sandy.  The parties are in the process of rescheduling the mediation with

13  their mediator, Gilda Turitz.

14

15          **IT IS SO STIPULATED.**

16

17  DATED: October 31, 2012          **LAW OFFICES OF PAUL L. REIN**

18                                  By: _____*/s/ Catherine Cabalo*_____

19                                       Catherine Cabalo, Esq.
                                        Attorneys for Plaintiff
20                                       GERARDO HERNANDEZ

21

22  DATED: October 31, 2012          **GAZZERA, O'GRADY & STEVENS**

23

24                                  By: _____*/s/ Michael K. Stevens*_____
                                        Michael K. Stevens, Esq.
25                                       Attorneys for Defendant
                                        FINAL SCORE SPORTS BAR, INC.

26

27                              - 2 -

28  STIPULATION AND [~~PROPOSED~~] ORDER
    TO CONTINUE G.O. 56 DEADLINE
    Case No. C12-2080 JSW
    S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\2012 11 01 Stipulated Order to Continue GO 56 Deadline.doc

1

DATED: October 31, 2012          **ERICKSEN ARBUTHNOT**

2

3

By: _____*/s/ Sharon L. Hightower*_____

4

Sharon L. Hightower, Esq.
Attorneys for Defendant

5

MAPLE LEAF INVESTMENTS, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 3 -

28

STIPULATION AND [~~PROPOSED~~] ORDER
TO CONTINUE G.O. 56 DEADLINE
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\2012 11 01 Stipulated Order to Continue GO 56 Deadline.doc

1

2

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3

4

Dated: <u>November 5</u>, 2012

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

Honorable Jeffrey S. White
United States District Court Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE G.O. 56 DEADLINE
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\2012 11 01 Stipulated Order to Continue GO 56 Deadline.doc