|   |   |
|---|---|
| 1 | PAUL L. REIN, State Bar No. 43053 |
| 2 | CELIA MCGUINNESS, State Bar No. 159420 |
|   | CATHERINE M. CABALO, State Bar No. 248198 |
| 3 | LAW OFFICES OF PAUL L. REIN |
|   | 200 Lakeside Drive, Suite A |
| 4 | Oakland, CA 94612 |
|   | Telephone: (510) 832-5001 |
| 5 | Facsimile: (510) 832-4787 |
|   | reinlawoffice@aol.com |

Attorneys for Plaintiff
GERARDO HERNANDEZ

\* *Defendants' counsel listed after the caption*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GERARDO HERNANDEZ,                           | Case No. C12-2080 JSW |
|---|---|
| Plaintiff,                                   |                       |
| v.                                           | Civil Rights          |
| FINAL SCORE SPORTS BAR, INC.;                | **STIPULATION AND [PROPOSED] ORDER CONTINUING GENERAL ORDER 56 DEADLINE** |
| MAPLE LEAF INVESTMENTS, LLC; and DOES 1-10, Inclusive, | |
| Defendants.                                  |                       |

GAZZERA, O'GRADY & STEVENS
MICHAEL K. STEVENS, ESQ. (State Bar No. 96112)
1134 W. El Camino Real
Mountain View, CA 94040
Telephone: 650/968-9612
Facsimile: 650/968-1627
mkstevenslaw1@aol.com

Attorneys for Defendant
FINAL SCORE SPORTS BAR, INC.

ERICKSEN ARBUTHNOT
SHARON HIGHTOWER, ESQ. (State Bar No. 129874)
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: 408/286-0880
Facsimile: 408/286-0337

Attorneys for Defendant
MAPLE LEAF INVESTMENTS, LLC

---

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE G.O. 56 DEADLINE
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\2012 11 01 Stipulated Order to Continue GO 56 Deadline.doc

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff GERARDO HERNANDEZ and defendants FINAL SCORE SPORTS BAR, INC. and MAPLE LEAF INVESTMENTS, LLC by and through their counsel of record, stipulate and jointly request that the Court continue the deadline for mediation described in paragraph 7 of General Order 56 to January 11, 2013. Defendant Maple Leaf Investments, LLC represents that its insurance representative is based in New York, New York and is unable to personally attend the mediation in this case originally scheduled for November 2, 2012 (as Ordered by Docket No. 19) because she is unable to travel out of New York because of Hurricane Sandy. The parties are in the process of rescheduling the mediation with their mediator, Gilda Turitz.

**IT IS SO STIPULATED.**

DATED: October 31, 2012        **LAW OFFICES OF PAUL L. REIN**

By:  /s/ Catherine Cabalo
     Catherine Cabalo, Esq.
     Attorneys for Plaintiff
     GERARDO HERNANDEZ

DATED: October 31, 2012        **GAZZERA, O'GRADY & STEVENS**

By:  /s/ Michael K. Stevens
     Michael K. Stevens, Esq.
     Attorneys for Defendant
     FINAL SCORE SPORTS BAR, INC.

- 2 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE G.O. 56 DEADLINE
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\2012 11 01 Stipulated Order to Continue GO 56 Deadline.doc

DATED: October 31, 2012  **ERICKSEN ARBUTHNOT**

By: ___*/s/ Sharon L. Hightower*___
　　　Sharon L. Hightower, Esq.
Attorneys for Defendant
MAPLE LEAF INVESTMENTS, LLC

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER
TO CONTINUE G.O. 56 DEADLINE
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\2012 11 01 Stipulated Order to Continue GO 56 Deadline.doc

**ORDER**
Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: November 5, 2012

_____
Honorable Jeffrey S. White
United States District Court Judge

- 4 -