**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GERARDO HERNANDEZ,

    Plaintiff,

  v.

FINAL SCORE SPORTS BAR, INC., et al.,

    Defendants.
_____/

No. 3:12-cv-02080 JSW (NJV)

**ORDER REQUIRING PARTIES TO MEET AND CONFER RE PENDING DISCOVERY DISPUTE**

On November 14, 2012, District Judge Jeffrey S. White referred this case to the undersigned for resolution of the current discovery dispute and all discovery matters. Doc. No. 28. Accordingly, the court HEREBY ORDERS counsel for all parties to engage in a meaningful, in-person meet and confer no later than December 6, 2012, regarding the pending discovery dispute. Counsel shall notify the Court's courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the scheduled date for the in-person meet and confer. After the in-person meet and confer, the parties shall promptly file a single joint letter to the court informing the court of the outcome. If the parties are unable to resolve their discovery disputes after the in-person meet and confer, the single joint letter to the court should succinctly set forth the parties' positions on each disputed issue. The joint letter shall be limited to a total of five pages, with exhibits limited to a total of ten pages.

Per this court's standing order, for future discovery-related motions, counsel must deliver two (2) chambers copies of all filings.

**IT IS SO ORDERED.**

Dated: November 15, 2012

  NANDOR J. VADAS
  United States Magistrate Judge