PAUL L. REIN, State Bar No. 43053
CELIA MCGUINNESS, State Bar No. 159420
CATHERINE M. CABALO, State Bar No. 248198
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
GERARDO HERNANDEZ

*Defendants' counsel listed after the caption*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>FINAL SCORE SPORTS BAR, INC.;<br>MAPLE LEAF INVESTMENTS, LLC;<br>and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. C12-2080 JSW<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING GENERAL ORDER 56 DEADLINE** |

GAZZERA, O'GRADY & STEVENS
MICHAEL K. STEVENS, ESQ. (State Bar No. 96112)
1134 W. El Camino Real
Mountain View, CA 94040
Telephone: 650/968-9612
Facsimile: 650/968-1627
mkstevenslaw1@aol.com

Attorneys for Defendant
FINAL SCORE SPORTS BAR, INC.

ERICKSEN ARBUTHNOT
SHARON HIGHTOWER, ESQ. (State Bar No. 129874)
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: 408/286-0880
Facsimile: 408/286-0337

Attorneys for Defendant
MAPLE LEAF INVESTMENTS, LLC

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE G.O. 56 DEADLINE
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\2012 12 18 Stipulated Order to Continue GO 56 Deadline.doc

1  **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL**
2  **PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

4  Plaintiff GERARDO HERNANDEZ and defendants FINAL SCORE
5  SPORTS BAR, INC. and MAPLE LEAF INVESTMENTS, LLC by and through
6  their counsel of record, stipulate and jointly request that the Court continue the
7  deadline for mediation described in paragraph 7 of General Order 56 to February 8,
8  2013 because the parties desire to continue settlement negotiations before
9  mediation is scheduled in this case.

11  **IT IS SO STIPULATED.**

13  DATED: December 19, 2012    **LAW OFFICES OF PAUL L. REIN**

14                              By: ____/s/ Catherine Cabalo_____
15                                  Catherine Cabalo, Esq.
                                    Attorneys for Plaintiff
16                                  GERARDO HERNANDEZ

18  DATED: December 18, 2012    **GAZZERA, O'GRADY & STEVENS**

19                              By: ____/s/ Michael K. Stevens_____
20                                  Michael K. Stevens, Esq.
                                    Attorneys for Defendant
21                                  FINAL SCORE SPORTS BAR, INC.

23  DATED: December 18, 2012    **ERICKSEN ARBUTHNOT**

25                              By: ____/s/ Sharon L. Hightower_____
                                    Sharon L. Hightower, Esq.
26                                  Attorneys for Defendant
                                    MAPLE LEAF INVESTMENTS, LLC
27                                           - 2 -

28  STIPULATION AND [PROPOSED] ORDER
    TO CONTINUE G.O. 56 DEADLINE
    Case No. C12-2080 JSW
    S:\CASES\F\FINAL SCORE\PLEADINGS\Stipulations\2012 12 18 Stipulated Order to Continue GO 56 Deadline.doc

# ORDER
Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: __January 18__, 201_3_  _____/s/ Jeffrey S. White_____
                                Honorable Jeffrey S. White
                                United States District Court Judge

- 3 -