| | |
|---|---|
| 1 | PAUL L. REIN, State Bar No. 43053 |
| 2 | CELIA MCGUINNESS, State Bar No. 159420<br>CATHERINE M. CABALO, State Bar No. 248198 |
| 3 | LAW OFFICES OF PAUL L. REIN<br>200 Lakeside Drive, Suite A |
| 4 | Oakland, CA 94612<br>Telephone: (510) 832-5001 |
| 5 | Facsimile: (510) 832-4787<br>reinlawoffice@aol.com |
| 6 | Attorneys for Plaintiff |
| 7 | GERARDO HERNANDEZ |
| 8 | *Defendants' counsel listed after the caption* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | GERARDO HERNANDEZ, | |
| 12 | Plaintiff, | Case No. C12-2080 JSW |
| 13 | v. | Civil Rights |
| 14 | FINAL SCORE SPORTS BAR, INC.;<br>MAPLE LEAF INVESTMENTS, LLC; | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| 15 | and DOES 1-10, Inclusive, | |
| 16 | Defendants. | **Pursuant to FRCP 41 & LR 7-12** |

GAZZERA, O'GRADY & STEVENS
MICHAEL K. STEVENS, ESQ. (State Bar No. 96112)
1134 W. El Camino Real
Mountain View, CA 94040
Telephone: 650/968-9612
Facsimile: 650/968-1627
mkstevenslaw1@aol.com

Attorneys for Defendant
FINAL SCORE SPORTS BAR, INC.

ERICKSEN ARBUTHNOT
SHARON HIGHTOWER, ESQ. (State Bar No. 129874)
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: 408/286-0880
Facsimile: 408/286-0337

Attorneys for Defendant
MAPLE LEAF INVESTMENTS, LLC

---

STIPULATION FOR DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\2013 06 12 Stip & Order RE Dismissal w_ Prejudice.DOC

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

  Plaintiff GERARDO HERNANDEZ and defendants FINAL SCORE SPORTS BAR, INC. and MAPLE LEAF INVESTMENTS, LLC (together the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

  1. The Parties have entered into a Consent Decree and Order resolving all claims in this case (Order entered as Docket No. 37). As such, the Parties agree to dismiss this case with prejudice, each party to bear his/its own attorney fees and costs.

  2. Accordingly the Parties request that the Court to dismiss this action with prejudice.

**IT IS SO STIPULATED.**

DATED: June 12, 2013  **LAW OFFICES OF PAUL L. REIN**

        By: _____/s/ Catherine Cabalo_____
          Catherine Cabalo, Esq.
        Attorneys for Plaintiff
        GERARDO HERNANDEZ

DATED: June 12, 2013  **GAZZERA, O'GRADY & STEVENS**

        By: _____/s/ Michael K. Stevens_____
          Michael K. Stevens, Esq.
        Attorneys for Defendant
        FINAL SCORE SPORTS BAR, INC.

1
2   DATED: June 12, 2013            **ERICKSEN ARBUTHNOT**

3
4                                   By:  */s/ Sharon L. Hightower*
                                         Sharon L. Hightower, Esq.
                                    Attorneys for Defendant
5                                   MAPLE LEAF INVESTMENTS, LLC

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                  - 3 -

28  STIPULATION FOR DISMISSAL WITH
    PREJUDICE AND [PROPOSED] ORDER
    Case No. C12-2080 JSW
    S:\CASES\F\FINAL SCORE\PLEADINGS\2013 06 12 Stip & Order RE Dismissal w_ Prejudice.DOC

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. This case shall be DISMISSED with prejudice, each party to bear his/its own attorney fees and costs.

Dated: June 13, 2013

_____
Honorable Jeffrey S. White
United States District Court Judge

- 4 -

STIPULATION FOR DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\2013 06 12 Stip & Order RE Dismissal w_ Prejudice.DOC