PAUL L. REIN, State Bar No. 43053
CELIA MCGUINNESS, State Bar No. 159420
CATHERINE M. CABALO, State Bar No. 248198
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
GERARDO HERNANDEZ

*Defendants' counsel listed after the caption*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>FINAL SCORE SPORTS BAR, INC.;<br>MAPLE LEAF INVESTMENTS, LLC;<br>and DOES 1-10, Inclusive,<br><br>           Defendants. | Case No. C12-2080 JSW<br><br>Civil Rights<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>**Pursuant to FRCP 41 & LR 7-12** |

GAZZERA, O'GRADY & STEVENS
MICHAEL K. STEVENS, ESQ. (State Bar No. 96112)
1134 W. El Camino Real
Mountain View, CA 94040
Telephone: 650/968-9612
Facsimile: 650/968-1627
mkstevenslaw1@aol.com

Attorneys for Defendant
FINAL SCORE SPORTS BAR, INC.

ERICKSEN ARBUTHNOT
SHARON HIGHTOWER, ESQ. (State Bar No. 129874)
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: 408/286-0880
Facsimile: 408/286-0337

Attorneys for Defendant
MAPLE LEAF INVESTMENTS, LLC

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff GERARDO HERNANDEZ and defendants FINAL SCORE SPORTS BAR, INC. and MAPLE LEAF INVESTMENTS, LLC (together the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1.      The Parties have entered into a Consent Decree and Order resolving all claims in this case (Order entered as Docket No. 37).  As such, the Parties agree to dismiss this case with prejudice, each party to bear his/its own attorney fees and costs.

2.      Accordingly the Parties request that the Court to dismiss this action with prejudice.


**IT IS SO STIPULATED.**


DATED: June 12, 2013          **LAW OFFICES OF PAUL L. REIN**

By:      _/s/ Catherine Cabalo_
         Catherine Cabalo, Esq.
         Attorneys for Plaintiff
         GERARDO HERNANDEZ


DATED: June 12, 2013          **GAZZERA, O'GRADY & STEVENS**

By:      _/s/ Michael K. Stevens_
         Michael K. Stevens, Esq.
         Attorneys for Defendant
         FINAL SCORE SPORTS BAR, INC.


- 2 -

STIPULATION FOR DISMISSAL WITH
PREJUDICE AND [~~PROPOSED~~] ORDER
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\2013 06 12 Stip & Order RE Dismissal w_ Prejudice.DOC

1    DATED: June 12, 2013      **ERICKSEN ARBUTHNOT**

2

3                By: _____*/s/ Sharon L. Hightower*_____

4                    Sharon L. Hightower, Esq.
                Attorneys for Defendant

5                 MAPLE LEAF INVESTMENTS, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                           - 3 -

28 STIPULATION FOR DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\2013 06 12 Stip & Order RE Dismissal w_ Prejudice.DOC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

   Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. This case shall be DISMISSED with prejudice, each party to bear his/its own attorney fees and costs.


Dated: June 13    , ~~2012~~ 2013          _____

                                          Honorable Jeffrey S. White
                                          United States District Court Judge

- 4 -

STIPULATION FOR DISMISSAL WITH
PREJUDICE AND ~~[PROPOSED]~~ ORDER
Case No. C12-2080 JSW
S:\CASES\F\FINAL SCORE\PLEADINGS\2013 06 12 Stip & Order RE Dismissal w_ Prejudice.DOC